An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DON MCALLISTER,
Appellant,
vs.
SARAH GOURLEY; AND BEVERLY
PLAZA, INC.,
Respondents.

No. 64408

FILED

MAY 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court judgment following a bench trial in a real property and tort action. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Having considered appellant's appeal statement and the record, we conclude that the district court correctly determined that respondent Beverly Plaza, Inc.,[1] had standing to pursue its claims against appellant. We have considered appellant's remaining arguments and are not persuaded that they warrant reversal of the appealed judgment. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____

[1]We direct the clerk of this court to amend the caption on the docket for this case to conform with this order, which reflects that Beverly Plaza is a respondent in this appeal, represented by the Law Offices of Bruce I. Flammey.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15483

cc: Hon. Timothy C. Williams, District Judge
Don McAllister
Blaine D. Beckstead
Law Offices of Bruce I. Flammey
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A